**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS.<br><br>**WILLIAM MIMBS, III,**<br><br>Defendant | **NO. 5: 08-MJ-01-10 (CWH)**<br><br>VIOLATION(S): Drug Related |

## ORDER ON PRELIMINARY EXAMINATION

Defendant **WILLIAM MIMBS, III** this day appeared before Claude W. Hicks, Jr., United States Magistrate Judge for the Middle District of Georgia, for a **PRELIMINARY EXAMINATION** under provisions of Rule 5.1 of the Federal Rules of Criminal Procedure. He was represented by Mr. Christopher Brian Jarrard of the Federal Defender's office; the United States was represented by Assistant United States Attorney Jennifer Kolman.

After consideration of the testimony of Sergeant Steve Gatlin and Investigator Dina Rice of the Macon Police Department and of U. S. Probation Officer Leigh Swicord, and the argument of counsel for the government and for the defendant, the undersigned finds that PROBABLE CAUSE does exist that the offense set forth in the Criminal Complaint filed herein on January 28, 2008 has been committed as set forth in said complaint; that such constitutes a violation of 21 U.S.C. §841(a)(1); and, that defendant **WILLIAM MIMBS, III** did commit said offense as charged therein.

THEREFORE, IT IS ORDERED AND ADJUDGED that this matter be referred to a GRAND JURY of this district for further proceedings as required by law.

SO ORDERED, this 27th day of FEBRUARY, 2008.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE